# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 15-17937-MDC

KAREN L. STOCKER

2823 Castor Avenue

Philadelphia, PA 19134

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    KAREN L. STOCKER

    2823 Castor Avenue

    Philadelphia, PA 19134

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    CURTIS CENTER - SUITE 160 WEST
    601 WALNUT STREET
    PHILA, PA 19106-

Date: 9/13/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee