## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Karen L. Stocker<br>　　　　　_Debtor_<br><br>US BANK NATIONAL ASSOCIATION AS TRUSEE<br>FOR PA HOUSING FINANCE AGENCY<br>　　　　　_Moving Party_<br>　　vs.<br><br>Karen L. Stocker<br>　　　　　_Debtor_<br><br>William C. Miller Esq.<br>　　　　　_Trustee_ | CHAPTER 13<br><br><br><br>NO. 15-17937 MDC<br><br><br><br>11 U.S.C. Section 362 |

### PRAECIPE FOR RE-LISTED HEARING

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly re-schedule a hearing on the above-captioned Motion for Relief.

　　　　　　　　　　　　　　　　　　**/s/ Joshua I. Goldman, Esquire**
　　　　　　　　　　　　　　　　　　Joshua I. Goldman, Esquire
　　　　　　　　　　　　　　　　　　Thomas I. Puleo, Esquire
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　　(215) 627-1322  FAX (215) 627-7734
　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant