UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                : CHAPTER 13

Karen L. Stocker                      : No. 15-17937-MDC

**PRAECIPE TO WITHDRAW**

Pursuant to the above-captioned matter, kindly withdraw the Response to Motion for Relief From Stay filed on April 14, 2016.

                                /s/ David M. Offen
                                David M. Offen, Esquire
                                Curtis Center, 1st Fl., Ste. 160 W
                                601 Walnut Street
                                Philadelphia, PA  19106
                                215-625-9600
Dated:12/7/16