# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Karen L. Stocker<br>  Debtor | CHAPTER 13 |
| US BANK NATIONAL ASSOCIATION AS TRUSEE FOR PA HOUSING FINANCE AGENCY<br>  Movant<br>    vs. | NO. 15-17937 MDC |
| Karen L. Stocker<br>  Debtor | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq.<br>  Trustee | |

## **ORDER**

AND NOW, this  9th   day of  December , 2016 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 2823 Castor Avenue, Philadelphia, PA 19134 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.

*Magdeline D. Coleman*

Bankruptcy Judge.

Karen L. Stocker
2823 Castor Avenue
Philadelphia, PA 19134

David M. Offen Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
SUITE 5000 - BNY MELLON INDEPENDENCE CENTER
701 MARKET STREET
Philadelphia, PA 19106-1532